UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:24-cr-060-1 |
| v. ) | |
| ) | Judge Collier |
| **ELLIS ALFONZO ROBERSON, JR.** ) | |
| ) | Magistrate Judge Lee |

# O R D E R

Magistrate Judge Susan K. Lee filed a report and recommendation recommending that the Court: (1) accept Defendant's plea of guilty to Count One of the one-count Bill of Information; (2) adjudicate the Defendant guilty of the charges set forth in Count One of the Bill of Information; (4) defer a decision on whether to accept the plea agreement [Doc. 2] until sentencing; and (5) find Defendant shall remain in custody until sentencing in this matter [Doc. 10]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 10] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's plea of guilty to Count One of the Bill of Information is **ACCEPTED**;

2. Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the Bill of Information;

3. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

4. Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **January 15, 2025 at 2:00 p.m.** before the undersigned.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER
UNITED STATES DISTRICT JUDGE**